

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTONIO AJANEL-VICENTE,<br><br>Defendant | Case No. 19-MJ-2773-JLB<br><br>**[PROPOSED] ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the complaint shall be dismissed against Alberto Ajanel-Vicente without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: July 24, 2019

HON. JILL L. BURKHARDT
UNITED STATES
MAGISTRATE JUDGE